IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:22-CR-056 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | INFORMATION |
| | : | |
| JENNIFER SEIKER, | : | 21 U.S.C. § 844 |
| | : | 18 U.S.C. §§ 7 & 13 |
| Defendant | : | O.R.C. § 2925.141 |
| | : | O.R.C. § 4513.03(A)(1) |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1

(21 U.S.C. § 844)

On or about March 18, 2021, in the Southern District of Ohio, the Defendant, **JENNIFER SEIKER**, did knowingly and intentionally possess marijuana, a Schedule I controlled substance.

In violation of 21 U.S.C. § 844.

## COUNT 2

(18 U.S.C. §§ 7 & 13 and O.R.C. § 2925.141)

On or about March 18, 2021, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **JENNIFER SEIKER**, did knowingly use, and possess with purpose to use, drug paraphernalia that was equipment, a product, or material of any kind that was used by the Defendant, **JENNIFER SEIKER**, intended for use by the Defendant, **JENNIFER SEIKER**,

and designed for use in storing, containing, concealing, injecting, ingesting, inhaling, or otherwise introducing marijuana into the human body.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2925.141

### COUNT 3

(18 U.S.C. §§ 7 & 13 and O.R.C. § 4513.03(A)(1))

On or about March 18, 2021, at Wright-Patterson Air Force Base, Ohio, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **JENNIFER SEIKER**, while operating a motor vehicle upon a street or highway within this state, failed to display lighted lights and illuminating devices as required by the Ohio Revised Code during the time from sunset to sunrise.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4513.03(A)(1).

KENNETH L. PARKER
United States Attorney

ALANA R. KITCHEN
Special Assistant United States Attorney